DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SPECIALTY HEALTH ASSOCIATES, LLC**
a/a/o **TASHA MCDOUGALD,**
Appellant,

v.

**GEICO INDEMNITY COMPANY,**
Appellee.

No. 4D21-99

[December 30, 2021]

Appeal from the County Court for the Nineteenth Judicial Circuit, Martin County; Jennifer Waters, Judge; L.T. Case Nos. 43-2019-SC-000059 and 43-2020-AP-000004.

Chad A. Barr and Virginia E. Davis Horton of Chad Barr Law, Almonte Springs, for appellant.

Sarah Hafeez of Cole, Scott & Kissane, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., WARNER and KUNTZ, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***